

## HPM&B
ATTORNEYS AT LAW

81 MAIN STREET   WHITE PLAINS, NY 10601-1711
TEL: 914-559-3100   FAX: 914-949-1160
WWW.HPMB.COM

**MEMO ENDORSED**

Michele C. Greco
Associate
mgreco@hpmb.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2020

The application is **X** granted.
☐ denied.

/s/ Nelson S. Román
Nelson S. Román, U.S.D.J.
Dated: May 18, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 43).

May 18, 2020

**VIA ECF**
Honorable Nelson S. Román
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:  Esther Grunwald, as Mother and Natural Guardian of T.G., an infant, and Esther Grunwald Individually v. Bon Secours Charity Health System Medical Group, P.C., Good Samaritan Hospital, Pedro R. Mencia, M.D., Refuah Health Center and United States of America
Docket No.: 18-CV-03208-NSR
Our File No.: 754-1022

Dear Judge Román:

Heidell, Pittoni, Murphy & Bach represents Bon Secours Charity Health System Medical Group, P.C. and Good Samaritan Hospital in this medical malpractice action.

We write to advise the Court of the basis for requesting one year to complete non-expert depositions. Paper discovery has not commenced. Therefore, we do not yet have HIPAA authorizations to obtain either Ms. Grunwald's or the infant-plaintiff's medical records. According to the Complaint, it is alleged that the infant-plaintiff suffers significant impairments including physical and cognitive delays, hypoxic ischemic encephalopathy and cerebral palsy. Moreover, the infant-plaintiff was born in 2015. Therefore, we expect there to be a significant amount of subsequent treatment records.

Once HIPAA authorizations are received and processed, it typically takes two to three months to obtain medical records, depending on the particular provider. In addition, we are concerned about our ability to produce medical professionals and obtain the relevant medical records in a timely manner due to the COVID-19 pandemic, particularly with the expected resurgence of the virus later this year during flu season. Lastly, plaintiffs' counsel, David Kates, Esq., has advised that Ms. Grunwald does not have internet access and would be unable to appear remotely for a deposition.

HEIDELL, PITTONI, MURPHY & BACH, LLP

NEW YORK  |  CONNECTICUT  |  WESTCHESTER  |  LONG ISLAND

2224192.1

Honorable Nelson S. Román
Re: Esther Grunwald, as Mother and Natural Guardian of T.G., an infant, and Esther Grunwald
    Individually v. Bon Secours Charity Health System Medical Group, P.C., et al.
May 18, 2020
Page -2-



Thank you for your attention and consideration of this request.

Respectfully submitted,

*Michele Greco*

Michele C. Greco

MCG/jc

cc: <u>VIA ECF</u>
David Kates, Esq.
Schwartz, Goldstone, Campisi, & Kates, LLP
90 Broad Street, Suite 403
New York, New York 10004

Anthony J. Sun, Esq.
Assistant United States Attorney
Southern District of New York
86 Chambers Street, Third Floor
New York, New York 10007

2224192.1