USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER GRUNWALD, *Individually* and *as Mother and Natural Guardian of T.G., an infant*,

                    Plaintiff,

-against-

BON SECOURS CHARITY HEALTH SYSTEM MEDICAL GROUP, P.C., GOOD SAMARITAN HOSPITAL, and UNITED STATES OF AMERICA,

                    Defendants.

18 CV 3208 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

       On June 16, 2021, counsel for Defendants Bon Secours Charity Health System Medical Group, P.C. and Good Samaritan Hospital emailed the Court a stipulation of discontinuance as to the claims against Defendants Bon Secours Charity Health System Medical Group, P.C. and Good Samaritan Hospital. Because this matter involves the interests an infant, T.G., the Court directs counsel for Plaintiff to file on the docket on or before July 6, 2021 a non-motion affidavit explaining what if any impact discontinuing with prejudice the claims against Defendants Bon Secours Charity Health System Medical Group, P.C. and Good Samaritan Hospital would have on the interests of the infant, T.G.

SO ORDERED.

Dated:    June 28, 2021
           White Plains, NY

                                                            NELSON S. ROMÁN
                                                            United States District Judge