**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 2, 2021

APPLICATION GRANTED

*[signature]*

Hon. Judith C. McCarthy
7-2-2021

**BY ECF**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY  10601

> Re: *Grunwald v. Bon Secours Charity Health Sys. Medical Group, P.C.*, No. 18 Civ. 3208 (NSR) (JCM)

Dear Judge McCarthy:

  This Office represents defendant United States of America in the above-referenced case brought by Esther Grunwald ("Plaintiff") under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346, 2401, 2671–2680. I write respectfully to request an extension of the discovery schedule, Dkt. No. 45. This is the Government's first request for an extension, and counsel for Plaintiff consents to this request.

  The current schedule in this case requires the parties to complete non-expert depositions by July 31, 2021, and all discovery by December 31, 2021. *See* Docket No. 45, ¶¶ 7, 14. Following the last status conference held on April 12, the parties agreed that Plaintiff's deposition would be taken remotely on June 22, 2021. On June 21, Plaintiff's counsel was informed that Ms. Grunwald's mother had passed away that evening, and Plaintiff's counsel promptly informed the Government that the deposition would need to be rescheduled. Due to the mourning period and the schedules of counsel, the deposition has been rescheduled for July 27, 2021. However, this rescheduled date does not leave sufficient time in the schedule for any additional depositions that may be necessary in light of Plaintiff's deposition.

  Accordingly, the Government requests, and Plaintiff consents to, an extension of the deadline for non-expert depositions from July 31, 2021, to September 30, 2021, along with a corresponding extension of the deadline for the completion of all discovery from December 31, 2021, to February 28, 2022. September 30 accommodates various scheduling concerns for counsel as well as religious holidays for the Plaintiff.