UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ESTHER GRUNWALD, individually and as
Mother and Natural Guardian of T.G., an infant,

                      Plaintiff,                          **ORDER**

     -against-                                    18 Civ. 3208 (JCM)

PEDRO R. MENCIA, *et al.*,

                      Defendants.
-----------------------------------------------------------X

On August 17, 2022, at a conference before the Honorable Paul E. Davison, the parties reached a settlement in principle in the above-captioned case.

Accordingly, the parties are directed to submit a proposed infant compromise order, along with any supporting paperwork, for the Court's review by September 30, 2022. Thereafter, the Court will hold a telephone conference October 13, 2022 at 10:30 a.m. to discuss the settlement. Counsel shall call 877-873-8017 and enter access code 4264138 at the time of the conference.

Dated: September 6, 2022
        White Plains, New York

                                                **SO ORDERED:**

                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge